UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL F. RODRIGUEZ,<br>　　　　Petitioner<br>　　　v.<br>AMYMILLER, WARDEN,<br>　　　　Respondent. | Case No. CV 14-8849-DDP (GJS)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: _April 28, 2016_　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE